**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**Kennedy Legel**                                    **Civil Action No. 4:25-cv-224-ALM**

> **Plaintiff**

**v.**

**Trans Union, LLC., et al.**

> **Defendants**

**NOTICE OF VACATION FOR PLAINTIFF'S COUNSEL**

NOW COMES Plaintiff, files this Notice, and in support will show the following:

1. Plaintiff is filing this notice to inform this Honorable Court and Defendant that Plaintiff's Counsel will be on a pre-planned family vacation from May 23, 2026 through May 29, 2026.  Plaintiff's Counsel first day back in the office will be June 1, 2026.

2. Plaintiff's Counsel will be on Disney cruise in the middle of the ocean and will not have access to email or phone.

3. Plaintiff's Counsel respectfully request that no hearings be scheduled until Plaintiff's Counsel returns.

4. Plaintiff's Counsel has already notified Defendant's Counsel.


Dated:  May 23, 2026

> Respectfully submitted,

> /s/Dennis McCarty
> Dennis McCarty
> ATTORNEY FOR PLAINTIFF
> Mississippi Bar No. 102733
> Supreme Court of the United States Bar No. 302174

P.O. Box 211
Granbury, Texas 76048
Telephone: 866-969-3989
dennismccartylaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed, this the 23rd day of May 2026

Respectfully submitted,

/s/Dennis McCarty
Dennis McCarty
ATTORNEY FOR PLAINTIFF