**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KENNEDY LEGEL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00224- |
| | § | ALM-AGD |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., et al. | § | |

**ORDER**

Before the court is Defendant Experian Information Solutions, Inc.'s ("Defendant") Unopposed Motion for Extension of Time (Dkt. #104). Upon reviewing the Motion and all other relevant pleadings, the court determines that the Motion (Dkt. #104) should be granted.

It is therefore **ORDERED** that Defendant's Motion (Dkt. #104) is **GRANTED**, and the dispositive motions deadline is extended to *June 26, 2026*.

**IT IS SO ORDERED.**

**SIGNED this 25th day of May, 2026.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE