AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Texas         ▼

| | | |
|---|---|---|
| Kennedy Legel, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:25-cv-00224-ALM-AGD |
| Experian Information Solutions, Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:       The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Experian Information Solutions, Inc.                                                                    .


Date:       06/09/2026                                              /s/ Jeffrey Olmsted
                                                                         *Attorney's signature*

                                                                    Jeffrey Olmsted 713899MA
                                                                    *Printed name and bar number*
                                                                    Goodwin Procter LLP
                                                                    100 Northern Avenue
                                                                    Boston, MA 02210


                                                                         *Address*

                                                                    JOlmsted@goodwinlaw.com
                                                                    *E-mail address*

                                                                    (617) 570-1614
                                                                    *Telephone number*

                                                                    (617) 523-1231
                                                                    *FAX number*