**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| KENNEDY LEGEL, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | CASE NO. 4:25-CV-0224 |
| TRANS UNION, LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, and LJ ROSS & ASSOCIATES, ) | |
| ) | |
| *Defendants*. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule CV-11(c), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Ryan Demarest, Rebecca Wernicke Anthony, and Christopher A. Hall as counsel for Experian in this action and in support states as follows:

1. On March 24, 2025, Ryan Demarest of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On July 16, 2025, Rebecca Wernicke Anthony of the law firm Jones Day appeared as counsel of record for Experian in this matter.

3. On August 5, 2025, Christopher A. Hall of the law firm Jones Day appeared as counsel of record for Experian in this matter.

4. On June 9, 2026, Jeffrey Allen Olmsted, of the law firm Goodwin Procter LLP, Venable LLP, entered an appearance in this matter. His contact information is as follows: Jeffery Allen Olmsted, 100 Northern Ave, Boston, MA 02215; 617-570-1614; jolmsted@goodwinlaw.com

5.  Goodwin Procter LLP, will represent Experian in this matter going forward.  Accordingly, the withdrawal of Ryan Demarest, Rebecca Wernicke Anthony, and Christopher A. Hall will not delay the adjudication of this matter or otherwise prejudice any party.

6.  Experian consents to this request.  All remaining parties consented to this request.

Experian respectfully requests that the Court grant an Order withdrawing Ryan Demarest, Rebecca Wernicke Anthony, and Christopher A. Hall as counsel for Experian in this matter.


Dated: June 9, 2026                                   Respectfully submitted,


                                                      */s/ Ryan J. Demarest*
                                                      Ryan J. Demarest
                                                      JONES DAY
                                                      TX Bar No. 24138109
                                                      2727 North Harwood Street
                                                      Dallas, TX 75201
                                                      Telephone: 214-220-3939
                                                      Facsimile: 214-969-5100
                                                      Email: rdemarest@jonesday.com

                                                      *Counsel for Defendant*
                                                      *Experian Information Solutions, Inc.*

2

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Experian has complied with the meet and confer requirement in Local Rule CV-7(h). On June 9, 2026, counsel for Experian conferred with counsel for Plaintiff via email in a good faith attempt to resolve the matter without court intervention. Plaintiff is unopposed to Experian's request.

/s/ Ryan J. Demarest
Ryan J. Demarest

Counsel for Defendant
Experian Information Solutions, Inc


## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, June 9, 2026, I caused the foregoing to be electronically filed with the Clerk of Court for the U.S. District Court, Eastern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Ryan J. Demarest
Ryan J. Demarest

Counsel for Defendant
Experian Information Solutions, Inc