EDTX PHVAPP (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**APPROVED**
By Madison Jobe at 3:55 pm, Jun 12, 2026

APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 4:25-cv-00224-ALM-AGD

   Style/Parties: Kennedy Legel v. Experian Information Solutions, Inc., et al.

2. Applicant is representing the following party(ies): Experian Information Solutions, Inc.

3. Applicant was admitted to practice in California (state) on 12/08/1998 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any court.

6. Applicant ○has ⦿has not (choose one) had an application for admission to practice before another court denied. If so, give complete information on a separate page.

7. Applicant ○has ⦿has not (choose one) ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.

8. Applicant ○has ⦿has not (choose one) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency, or fitness as a member of the Bar. If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10. Applicant has no pending grievances or criminal charges.

11. Applicant has been admitted to practice in the following courts:

    See attached.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that, if approved, the admission is limited to appearing in the case specified above only.

**Application Oath:**
   I, John A. Vogt do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 06/10/2026          Signature:

Application Continued on Page 2

EDTX PHVAPP (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE

Full Name: John A. Vogt

State Bar No.: 198677

Address: 660 Newport Center Drive

Newport Beach, CA 92660?

Phone: (949) 743-3400

Fax: (949) 743-3485

Email: javogt@goodwinlaw.com

This application has been approved for the court on: June 12th, 2026

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## Application Instructions

1. You must obtain approval of your application before you docket it to the case. To request review, email the completed application to **phv@txed.uscourts.gov**.

2. Once approved, docket the version that bears the deputy clerk's approval stamp using the *Notice of Attorney Appearance – Pro Hac Vice* event (the docket event will collect the $100 fee). **NOTE:** If you do not already have e-filing privileges in this district, after you obtain approval of your pro hac vice application as required in Step 1 above, go to Pacer.gov, log into **Manage My Account** and select the **Maintenance** tab. Then choose **Attorney Admissions/E-File Registration**, select our court, and apply/register for **Pro Hac Vice**. E-filing requests received prior to approval of the pro hac vice application form will be rejected.

Email Application

11. Applicant has been admitted to practice in the following courts:

- California State Bar

- Nevada State Bar

- United States District Court for the Central District of California

- United States District Court for the Northern District of California

- United States District Court for the Southern District of California

- United States District Court for the Eastern District of California