# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

KENNEDY LEGEL                           §
                                        §
v.                                      §          CIVIL ACTION NO. 4:25-CV-00224-
                                        §                    ALM-AGD
EXPERIAN INFORMATION                    §
SOLUTIONS, INC., et al.                 §

## ORDER

Before the court is Plaintiff's Unopposed Motion for Leave to Exceed His Sur-Reply Page Limit from Five (5) Pages to Ten (10) Pages (Dkt. #106). The court, having considered the motion and noting it is unopposed, is of the opinion that the Motion should be granted.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion for Leave to Exceed His Sur-Reply Page Limit from Five (5) Pages to Ten (10) Pages (Dkt. #106) is **GRANTED**. It is further **ORDERED** that Plaintiff's Sur-Reply to Defendant Experian Information Solutions' Motion to Exclude Plaintiff's Counsel as a Fact Witness, or in the Alternative, for Leave to Depose Plaintiff's Counsel (Dkt. #107) is deemed properly filed.

**IT IS SO ORDERED.**

**SIGNED this 13th day of June, 2026.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE