**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KENNEDY LEGEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00224- |
| | § | ALM-AGD |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER</u>**

Pending before the court is Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Withdraw as Counsel (Dkt. #116). After considering the Motion, the court is of the opinion that the Motion should be granted.

It is therefore **ORDERED** that Experian's Motion to Withdraw as Counsel (Dkt. #116) is **GRANTED**, and Ryan Demarest, Rebecca Wernicke Anthony, and Christopher A. Hall are withdrawn as Counsel of Record, and the Clerk shall enter Jeffrey Allen Olmstead  of Goodwin Procter LLP as Counsel of Record for Experian in this cause.

**IT IS SO ORDERED.**

**SIGNED this 13th day of June, 2026.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE