**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**Kennedy Legel**                                                   **Civil Action No.  4:25-cv-224**

        **Plaintiff**

**v.**

**Experian Information Solutions, Inc.,
et al**

        **Defendant**


**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE HIS
RESPONSE TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS'
MOTON TO STRIKE PLAINTIFF'S EXPERT – DR. GEORGE SANTOS**

Plaintiff Kennedy Legel (hereinafter Plaintiff), by and through his undersigned counsel, files this motion for a seven (7) day extension to file his response to Defendant Experian Information Solutions' (hereinafter Defendant) Motion to Strike Plaintiff's Expert, Dr. George Santos (hereinafter Dr. Santos), and in support thereof would respectfully show the Court as follows:

1.  Plaintiff filed a lawsuit alleging that Defendant violated multiple sections of the FCRA on March 5, 2025. *(See Dkt. No.1).* Plaintiff filed an amended complaint, which was granted on July 30, 2025. *(See Dkt. No.35.)*

2.  Plaintiff designated Dr. Santos on October 21, 2025. (*See* Dkt. No. 57).

3.  Defendant filed their sealed motion to strike Dr. Santos at 11:47 p.m. (central) on June 5, 2026.  *(See* Dkt. No.111). Due to filing their motion after 5:00pm (Local Rule CV-5(a)(3)(C) and Friday, June 19, 2026, being a federal holiday, Plaintiff's response is due Monday, June 22, 2026.

4.  Because it is Dr. Santos' medical expert testimony that Experian is attempting to

strike, Plaintiff's counsel wanted Dr. Santos to review the motion to strike so that they could consult together regarding Plaintiff's response.

5.  However, Defendant's attorney did not email or otherwise provide the sealed motion to strike Dr. Santos at the time that he filed it under seal as required, and because of that, Plaintiff's counsel did not have access to their argument.  Defendant's counsel did not email Plaintiff's counsel the sealed motion and exhibits until Tuesday, June 9, 2026. Plaintiff's counsel lost four (4) out of the fourteen (14) days that are allowed pursuant to local rules to respond.

6.  Furthermore, after Plaintiff's counsel emailed the sealed motion to Dr. Santos for his review and input, he stated that his wife was undergoing a medical procedure, which cut further into the time to respond.

7.  Since the filing of the motion to strike plaintiff's expert, Defendant has filed an opposed motion to compel arbitration and to stay the case, which directly contradicts Defendant's motion to strike Plaintiff's expert.  (*See* Dkt. No.119).

8.  Due to Plaintiff's Counsel receiving the sealed motion and exhibits four days late, as well as Dr. Santos needing more time to review the motion, Plaintiff requests a seven (7) day extension to properly respond to Defendant's Motion to Strike Plaintiff's Expert Dr. Santos, to be filed on or before June 29, 2026.

9.  After Defendant filed their motion to strike Dr. Santos, Defendant terminated their legal representation with the Jones Day law firm and hired the Goodwin Procter law firm.  Since then, three attorneys filed appearances from Goodwin Procter, Mr. Olmsted, Mr. Schnell, and Mr. Vogt.

10. On Thursday, June 18, 2026, Plaintiff's counsel emailed Mr. Olmsted, Mr.

Schnell, and Mr. Vogt and informed them of the situation and asked them if they would be opposed or unopposed to a seven (7) day extension.  At the time of this filing, none of the three attorneys have responded.

11. Good cause exists for Plaintiff's extension.  Extensions for good cause is an "incredibly lenient standard", and are granted liberally "for any reason" so that cases can be judged on their merits. *Please see Devillier v. Texas*, No. 3:20-cv-00223, 2023 U.S. Dist. LEXIS 56084, at *7 (S.D. Tex. Mar. 31, 2023)(Therefore, I may extend this deadline "*for any reason.*" *Nelson*, 17 F.4th at 524 (emphasis added) (citing Fed. R. Civ. P. 6(b)(1)(A)). Under this incredibly lenient standard, I have no trouble granting the State's requested extension.); *please also see Ahanchian v. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010)("Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *See, e.g., Venegas–Hernandez v. Sonolux Records,* 370 F.3d 183, 187 (1st Cir.2004); *Thomas v. Brennan,* 961 F.2d 612, 619 (7th Cir.1992); *please also see Rachel v. Troutt*, 820 F.3d 390 (10th Cir. 2016)(rule governing requests for an extension of time should be liberally construed to advance the goal of trying each case on the merits. Fed.Rules Civ.Proc.Rule 6(b)(1), 28 U.S.C.A.).

12. Defendant will not be prejudice by the extension.

13. This motion is not filed for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully request that the Court grant Plaintiff's Motion to Extend Time to file a response to Defendant's Motion to Strike Plaintiff's Expert Dr. Santos, to be filed up to and including June 29, 2026.

Dated:  June 22, 2026

Respectfully submitted,

/s/Dennis McCarty

Dennis McCarty
McCarty Law Firm
ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
Supreme Court of the United States Bar No. 302174
P.O. Box 211
Granbury, Texas 76049
Telephone: 866-969-3989
dennismccartylaw@gmail.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that I attempted to confer with Defendant's Counsel, Mr. Olmsted, Mr. Schnell, and Mr. Vogt on June 18, 2026, and as of the time of this filing, they are nonresponsive.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed, this the 22nd day of June 2026

Respectfully submitted,

/s/Dennis McCarty
Dennis McCarty
ATTORNEY FOR PLAINTIFF