**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

Kennedy Legel                                                    Civil Action No.  4:25-cv-224

        **Plaintiff**

v.

Experian Information Solutions, Inc.,
et al

        **Defendant**

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE HIS**
**RESPONSE TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS'**
**MOTON TO STRIKE PLAINTIFF'S EXPERT – DOUGLAS HOLLON; AND**
**EXPERIAN'S MOTION TO REDACT PORTIONS OF HOLLON'S REPORT**

Plaintiff Kennedy Legel (hereinafter Plaintiff), by and through his undersigned counsel, files this motion for a seven (7) day extension to file his response to Defendant Experian Information Solutions' (hereinafter Defendant) Motion to Strike Plaintiff's Expert, Douglas Hollon (hereinafter Hollon), and Experian's Motion to Redact a portion of Douglas Hollon's report, in support thereof would respectfully show the Court as follows:

1.  Plaintiff filed a lawsuit alleging that Defendant violated multiple sections of the FCRA on March 5, 2025. *(See Dkt. No.1).* Plaintiff filed an amended complaint, which was granted on July 30, 2025. *(See Dkt. No.35.)*

2.  Plaintiff designated Hollon on October 21, 2025. (*See* Dkt. No. 56).

3.  Defendant filed their motion to strike Hollon at 11:48 p.m. (central) on June 5, 2026.  *(See* Dkt. No.113). Due to filing their motion after 5:00pm (Local Rule CV-5(a)(3)(C) and Friday, June 19, 2026, being a federal holiday, Plaintiff's response is due Monday, June 22, 2026. Defendant also filed an opposed motion to redact portions of Hollon's report. *See*

Dkt. No.112.  Plaintiff will file a response to both motions (Dkt. No.112 and Dkt. No.113) at the same time.

4.  Attached to the motion to strike, Defendant filed a partial and incomplete transcript of Hollon from a previous and unrelated case in an attempt to discredit him.  *See* Dkt. No.113-4.  Since Defendant did not file the full transcript, it is important for Hollon to consult with Plaintiff's counsel and for Hollon to provide a declaration as a rebuttal/explanation to the partial and incomplete transcript that Defendant filed with their motion to strike.

5.  On Thursday, June 18, 2026, Plaintiff's counsel reached out to Hollon to discuss the issue and to get a declaration from him so that it can be filed with Plaintiff's response. Hollon's email bounce back response was that he was out of the office and would not return until Monday, June 22, 2026, the due day of Plaintiff's response.  Not knowing Hollon's schedule, especially coming back from out of the office for several days, Plaintiff was highly concerned that Hollon would not be able to review the information within the transcript of the previous case and to provide a declaration in response on the day that he returned to the office.

6.  Since the filing of the motion to strike plaintiff's expert, Defendant has filed an opposed motion to compel arbitration and to stay the case, which directly contradicts Defendant's motion to strike Plaintiff's expert.  (*See* Dkt. No.119).

7.  Due to Plaintiff's Counsel needing to consult with Hollon as well as have him prepare a declaration that can be filed with Plaintiff's response, Plaintiff requests a seven (7) day extension to properly respond to Defendant's Motion to Strike Plaintiff's Expert Douglas Hollon, to be filed on or before June 29, 2026.

8. After Defendant filed their motion to strike Hollon, Defendant terminated their legal representation with the Jones Day law firm and hired the Goodwin Procter law firm. Since then, three attorneys filed appearances from Goodwin Procter, Mr. Olmsted, Mr. Schnell, and Mr. Vogt.

9. On Thursday, June 18, 2026, Plaintiff's counsel emailed Mr. Olmsted, Mr. Schnell, and Mr. Vogt and informed them of the situation and asked them if they would be opposed or unopposed to a seven (7) day extension. At the time of this filing, none of the three attorneys have responded.

10. Good cause exists for Plaintiff's extension. Extensions for good cause is an "incredibly lenient standard", and are granted liberally "for any reason" so that cases can be judged on their merits. *Please see Devillier v. Texas*, No. 3:20-cv-00223, 2023 U.S. Dist. LEXIS 56084, at *7 (S.D. Tex. Mar. 31, 2023)(Therefore, I may extend this deadline "*for any reason."* *Nelson*, 17 F.4th at 524 (emphasis added) (citing Fed. R. Civ. P. 6(b)(1)(A)). Under this incredibly lenient standard, I have no trouble granting the State's requested extension.); *please also see Ahanchian v. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010)("Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *See, e.g., Venegas–Hernandez v. Sonolux Records,* 370 F.3d 183, 187 (1st Cir.2004); *Thomas v. Brennan,* 961 F.2d 612, 619 (7th Cir.1992); *please also see Rachel v. Troutt*, 820 F.3d 390 (10th Cir. 2016)(rule governing requests for an extension of time should be liberally construed to advance the goal of trying each case on the merits. Fed.Rules Civ.Proc.Rule 6(b)(1), 28 U.S.C.A.).

11. Defendant will not be prejudice by the extension.

12. This motion is not filed for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully request that the Court grant Plaintiff's Motion to Extend Time to file a response to Defendant's Motion to Strike Plaintiff's Expert Douglas Hollon, and Defendant's Motion to Redact, to be filed up to and including June 29, 2026.

Dated:  June 22, 2026

       Respectfully submitted,

           /s/Dennis McCarty
           Dennis McCarty
           McCarty Law Firm
           ATTORNEY FOR PLAINTIFF
           Mississippi Bar No. 102733
           Supreme Court of the United States Bar No. 302174
           P.O. Box 211
           Granbury, Texas 76049
           Telephone: 866-969-3989
           dennismccartylaw@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with Defendant's Counsel, Mr. Olmsted, Mr. Schnell, and Mr. Vogt on June 18, 2026, and as of the time of this filing, they are nonresponsive.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed, this the 22nd day of June 2026

       Respectfully submitted,

           /s/Dennis McCarty
           Dennis McCarty
           ATTORNEY FOR PLAINTIFF