**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KENNEDY LEGEL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00224-ALM-AGD |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | § § § | |

## ORDER

Before the court is Plaintiff's Motion to Extend Time to File His Response to Defendant Experian Information Solutions' Moton to Strike Plaintiff's Expert – Dr. George Santos (Dkt. #122) and Plaintiff's Motion to Extend Time to File His Response to Defendant Experian Information Solutions' Moton to Strike Plaintiff's Expert – Douglas Hollon; and Experian's Motion to Redact Portions of Hollon's Report (Dkt. #123). Upon reviewing the Motions and all other relevant pleadings, the court determines that the Motions (Dkt. #122; Dkt. #123) should be granted.

It is therefore **ORDERED** that Plaintiff's Motions (Dkt. #122; Dkt. #123) are **GRANTED**, and the response deadlines are extended to *June 29, 2026*.

**IT IS SO ORDERED.**

**SIGNED this 25th day of June, 2026.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE