**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| Kennedy Legel, | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL ACTION NO. 4:25-CV-0224** |
| | § | |
| Trans Union, LLC., et al., | § | |
| | § | |
| **Defendants** | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5(a)(7), and Paragraph 15 of the Protective Order (Doc. 34), Plaintiff, by and through its counsel of record, respectfully moves this Court for leave to file under seal (1) its Response to Strike or Exclude Expert Testimony of Dr. George Santos and (2) the exhibit accompanying that motion. Defendant does not oppose the request.

On October 21, 2025, Plaintiff designated Dr. George D. Santos as an expert to testify as to Plaintiff's alleged mental anguish. Dr. Santos prepared an expert report on the basis of his independent medical examination of Plaintiff and provided deposition testimony related to the same. The information within has been designated by Plaintiff's counsel as confidential under the Protective Order governing this case and contain highly sensitive information regarding Plaintiff's mental health.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully request that the Court grant Plaintiff's Unopposed Motion to file under seal.

Dated:  June 29, 2026

Respectfully submitted,

/s/Dennis McCarty
Dennis McCarty
McCarty Law Firm

ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
Supreme Court of the United States Bar No. 302174
P.O. Box 211
Granbury, Texas 76049
Telephone: 866-969-3989
dennismccartylaw@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Defendant's Counsel, and he stated that he is unopposed to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed, this the 29th day of June 2026

Respectfully submitted,

/s/Dennis McCarty
Dennis McCarty
ATTORNEY FOR PLAINTIFF