# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KENNEDY LEGEL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00224- |
| | § | ALM-AGD |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., et al. | § | |
| | § | |

## ORDER

Pending before the court is Defendant Experian Information Solutions, Inc.'s ("Experian") Unopposed Motion for Leave to File Motion Under Seal (Dkt. #110). "Every court has supervisory power over its own records and files." *Seals v. Herzing Inc.-New Orleans*, 482 F. App'x 893, 896 (5th Cir. 2012) (quoting *Nixon v. Warner Comms., Inc.*, 435 U.S. 589, 598 (1978)). Having considered Plaintiff's Motion, (Dkt. #110), and the proposed sealed motion, (Dkt. #111), the court finds that the presumption of public access to judicial records is outweighed by the interest in sealing the confidential information included in Experian's Motion.

It is therefore **ORDERED** that Experian's Unopposed Motion for Leave to File Motion Under Seal (Dkt. #110) is **GRANTED**. It is further **ORDERED** that Experian's Motion to Strike or Exclude Expert Testimony of Dr. George Santos (Dkt. #111) is filed **UNDER SEAL**.

**IT IS SO ORDERED**.

**SIGNED this 1st day of July, 2026.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE